U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 NOV -3 P1 :07
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 09-CR **09 CR-274**

18 U.S.C. 2113(a) & (d), and 2

CEDRIC BROWN,

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 24, 2008, in the State and Eastern District of Wisconsin,

**CEDRIC BROWN,**

as a principal and an aider and abettor, did take by force, violence, and intimidation, from the presence of bank tellers, approximately $23,080 belonging to and in the care, custody, control, management, and possession of the Guaranty Bank, 541 E. Ogden Avenue, Milwaukee, Wisconsin, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing this offense, the defendant put in jeopardy the lives of the employees, by the use of a dangerous weapon.

All in violation of Title 18, United States Code, Sections 2113(a) & (d) and 2.

1

A TRUE BILL:

███████████████

FOREPERSON
Date: Nov 3, 2009

MICHELLE L. JACOBS
United States Attorney